```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 11892
    RNARVILLIS HOLMES
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-9299
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/21/06 and confirmed on 12/15/06.

2. The case was converted to Chapter 7 after confirmation, 01/25/2008.

3. The Debtor paid a total of $ 6277.84 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED | 14032.20 | 1146.10 | 3389.89 |
| INTERNAL REVENUE SERVICE | PRIORITY | 551.00 | .00 | .00 |
| A ALL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 380.35 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 2530.00 | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | 725.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 961.44 | .00 | .00 |
| AMERICAN EDUCATION SERVI | UNSECURED | 2951.78 | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | 392.38 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 6333.61 | .00 | .00 |
| ECMC | UNSECURED | 9471.86 | .00 | .00 |
| ZALUTSKY & PINSKI | REIMBURSEMENT | 354.00 | .00 | 354.00 |
| AMERICAS FINANCIAL LENDE | UNSECURED | 1599.86 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14032.20 | 905.00 | 25346.28 | .00 | 40283.48 |
| PRINCIPAL PAID | 3389.89 | 354.00 | .00 | .00 | 3743.89 |
| INTEREST PAID | 1146.10 | .00 | .00 | .00 | 1146.10 |
| TOTAL PAID | 4535.99 | 354.00 | .00 | .00 | 4889.99 |

The Debtor's attorney, ZALUTSKY & PINSKI          , was allowed $ 3000.00 and was paid $ 954.70 .

The Trustee received $ 248.53 .

Refunds to the Debtor totaled $ 184.62 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 06 B 11892 RNARVILLIS HOLMES